

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ROLANDA DENISE THOMPSON

     DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-00506 KMS

### ORDER ON TRUSTEE'S
### OBJECTION TO UNSECURED CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to the Unsecured Claim (Court Claim No. 6) of FEDCHOICE FEDERAL CREDIT UNION (Docket No. 18    ), and the Creditor having failed to respond, the Court finds that said Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Claim is not allowed as an unsecured claim.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net