# Proceeding Minutes / Proceeding Memo

**Case #:** 25-00506  **Case Name:** Rolanda Denise Thompson
**Set:** 05/29/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson
**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #19)

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) ([19] Objection to Confirmation by Trustee) Appearances: Samuel Duncan. Matter will be reset on request of parties. (cwe)