United States Bankruptcy Court
Southern District of Mississippi

In re:                                                        Case No. 25-00506-KMS
Rolanda Denise Thompson                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                       User: mssbad                     Page 1 of 3
Date Rcvd: Jul 24, 2025               Form ID: n031               Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rolanda Denise Thompson, 107 Brady Ave, Port Gibson, MS 39150-2807 |
| 5478710 | + | Jackson Pulmonary Asso, 971 Lakeland Dr, Suite 1052, Jackson, MS 39216-4609 |
| 5478713 | + | Mutual Cdt, 1604 Cherry St, Vicksburg, MS 39180-3586 |
| 5478714 | + | Mutual Credit Union, Leslie R. Sadler, 1612 Mission 66, Suite 1, Vicksburg, MS 39180-3706 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5478703 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2025 19:33:51 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5478707 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 24 2025 19:29:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5478704 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 24 2025 19:34:10 | Dillards, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5478705 | + | Email/Text: recoveryservicesgroup@fedchoice.org | Jul 24 2025 19:29:00 | FedChoice Federal Credit Union, 10001 Willowdale Road, Lanham, MD 20706-4321 |
| 5478706 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 24 2025 19:29:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5478708 | + | Email/Text: ebone.woods@usdoj.gov | Jul 24 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5478709 | + | Email/Text: dwages@jacksononcology.com | Jul 24 2025 19:29:00 | Jackson Oncology Assoc, 1227 North State St, Jackson, MS 39202-2002 |
| 5535645 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 19:34:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5478711 | | Email/Text: EBN@Mohela.com | Jul 24 2025 19:29:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5483868 | | Email/Text: EBN@Mohela.com | Jul 24 2025 19:29:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5506458 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2025 19:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5478712 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jul 24 2025 19:30:00 | Mississippi Department of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5499884 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2025 19:30:00 | NAVY FEDERAL CREDIT UNION, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5478715 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 24 2025 19:30:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: n031 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5504446 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2025 19:33:53 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5499597 | | Email/Text: bnc-quantum@quantum3group.com Jul 24 2025 19:29:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5478716 | | Email/Text: bankruptcy@republicfinance.com Jul 24 2025 19:30:00 | | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5483739 | | Email/Text: bankruptcy@republicfinance.com Jul 24 2025 19:30:00 | | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5508541 | + | Email/PDF: ebn_ais@aisinfo.com Jul 24 2025 19:33:50 | | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5478717 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 24 2025 19:34:05 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5478719 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 24 2025 19:33:50 | | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5478720 | | Email/Text: bknotice@upgrade.com Jul 24 2025 19:29:00 | | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 5478721 | ^ | MEBN Jul 24 2025 19:26:56 | | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | FEDCHOICE FEDERAL CREDIT UNION, 10001 WILLOWDALE ROAD, LANHAM, MD 20706-4321 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5535655 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5478718 | *+ | Synchrony Bank, Attn: Bankruptcy, Pob 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 24, 2025 | Form ID: n031 | Total Noticed: 27 |

David Rawlings
    on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Rolanda Denise Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00506−KMS
**Chapter:** 13

**In re:**

Rolanda Denise Thompson
107 Brady Ave
Port Gibson, MS 39150

### Notice of Entry of Order Confirming Plan

The Court entered an Order on July 24, 2025 (Dkt. # 37 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 24, 2025                                Danny L. Miller, Clerk of Court