UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
ROLANDA DENISE THOMPSON  
107 BRADY AVE  
PORT GIBSON, MS  39150

CHAPTER 13 PROCEEDING:  
25-00506 KMS

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: Order, dk#20, to pay attorney fee of $2,413.35. Additionally, the 910-auto claim of Mutual Credit Union is more than provided for in the plan as well as the claim of Internal Revenue Service.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $1,164.77 per month beginning with the month of September 27, 2025.

RESPECTFULLY SUBMITTED: July 28, 2025

/s/  DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, July 28, 2025.

DEBTOR:

ROLANDA DENISE THOMPSON  
107 BRADY AVE  
PORT GIBSON, MS  39150

ATTORNEY FOR DEBTOR:

THOMAS C. ROLLINS, JR  
P O Box 13767  
Jackson, MS  39236

U.S. TRUSTEE:

501 East Court Street  
Suite 6-430  
Jackson, MS  39201

/s/  DAVID RAWLINGS  
DAVID RAWLINGS, TRUSTEE