

# INVOICE

Invoice # 8148
Date: 07/29/2025
Due On: 08/28/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rolanda Denise Thompson

### 05732-Thompson Rolanda Denise

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 03/25/2025 | Draft Fee Application and Proposed Order: Drafted 1st Application for Compensation, the Notice and the Proposed Order; prepared all information for the estimated cost of mailing; drafted email memo to TR re: Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/25/2025 | Drafted email memo to SA with the affidavit to review and sign for the filing of the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | TR | 03/26/2025 | Review and approve fee app drafted by KR | 0.10 | $275.00 | $27.50 |
| Service | KR | 03/26/2025 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation approval | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/26/2025 | Reviewed email memo from SA with the notarized and signed affidavit; merged affidavit with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 03/26/2025 | Prepared the Application for Compensation, the Notice, Exhibits A, and C for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 03/26/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application, | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the Notice with the Declaration attached, Exhibits A, C, the cost of mailing and the Proposed Order for upload to the court | | | |
| Service | TR | 04/07/2025 | Ch 13 Meeting of Creditors David Rawlings | 0.70 | $275.00 | $192.50 |
| Service | JAC | 04/07/2025 | Review: 25-00506-KMS Objection to Claim with 30 day notice Document# 18 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 04/18/2025 | Review: 25-00506-KMS Trustee's Objection to Confirmation of Plan Document# 19 | 0.20 | $275.00 | $55.00 |
| Service | VM | 04/22/2025 | Review email from debtor: Reviewed email from debtor regarding having complications with sending 2024 tax return, reviewed original letter, and saw a fax number to send IRS the Tax Return. Called debtor about this and she says that would work, requested she send me tax return to send document to. | 0.20 | $100.00 | $20.00 |
| Service | VM | 04/24/2025 | Reviewed email from debtor. Sent tax return to IRS via fax - per debtors request. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 04/28/2025 | Review: 25-00506-KMS Order on Application for Compensation Document# 20 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/09/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $275.00 | $55.00 |
| Service | JAC | 05/20/2025 | Review: 25-00506-KMS Order Regarding Objection to Claim Document# 22 | 0.10 | $275.00 | $27.50 |
| Service | VM | 05/22/2025 | Reviewed email from debtor inquiring whether she has to keep full coverage insurance on her car, drafted email to debtor to inquire on which vehicle she is referring to. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/27/2025 | Review email from debtor: Reviewed email from debtor informing me she received her answer, drafted response back. | 0.10 | $100.00 | $10.00 |
| Service | TR | 05/28/2025 | Email w/ TT on Obj to Conf | 0.20 | $275.00 | $55.00 |
| Service | JAC | 05/29/2025 | Review: 25-00506-KMS Order Setting, Resetting, or Continuing a Hearing Document# 25 | 0.10 | $275.00 | $27.50 |

Invoice # 8148 - 07/29/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/29/2025 | Review: 25-00506-KMS Minute Entry (CHAP) Document# 24 | 0.10 | $275.00 | $27.50 |
| Service | VM | 06/06/2025 | Reviewed email from debtor with documents attached, determined documents were about a court hearing that has been rescheduled, informed debtor that the attorney usually goes on her behalf. As well as notified her that I will be drafting a auto stay violation letter to IRS for sending her a bill. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/11/2025 | Reviewed and signed auto stay violation letter to Internal Revenue Service | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/21/2025 | Review: 25-00506-KMS Transfer of Claim (No Waiver) Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/21/2025 | Review: 25-00506-KMS Transfer of Claim (No Waiver) Document# 27 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/21/2025 | Review: 25-00506-KMS Transfer of Claim (No Waiver) Document# 27 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/21/2025 | Review: 25-00506-KMS Notice of Assignment/Transfer of Claim Document# 32 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/21/2025 | Review: 25-00506-KMS Notice of Assignment/Transfer of Claim Document# 31 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/21/2025 | Review: 25-00506-KMS Order on Objection to Confirmation Document# 33 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/24/2025 | Review: 25-00506-KMS Order Confirming Chapter 13 Plan Document# 37 | 0.10 | $275.00 | $27.50 |
| Service | TR | 07/28/2025 | Review and revise itemizations | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/29/2025 | Review: 25-00506-KMS Motion to Increase/Decrease Payment Into Plan Document# 40 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/29/2025 | Review: 25-00506-KMS 21 Day Notice to File Written Objection or Response Document# 41 | 0.10 | $275.00 | $27.50 |
| Service | KR | 07/29/2025 | Reviewed court docket for previous orders; reviewed trustee's website to verify attorney fees paid to date; drafted first part of the 2nd Application for Compensation | 0.30 | $155.00 | $46.50 |

| | | | | **Services Subtotal** | **$881.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 03/25/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| Expense | 03/26/2025 | Difference of Mailing Expense for First Application for Compensation (certificateofservice.com) | 1.00 | $6.46 | $6.46 |
| Expense | 06/11/2025 | Postage: Mailed auto stay violation letter to Internal Revenue Service | 1.00 | $0.69 | $0.69 |
| | | | | **Expenses Subtotal** | **$10.65** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.3 | $275.00 | $357.50 |
| Jennifer Curry Calvillo | Attorney | 0.5 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 1.2 | $275.00 | $330.00 |
| Vanessa Martinez | Non-Attorney | 0.7 | $100.00 | $70.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| Kerri Rodabough | Non-Attorney | 0.5 | $0.00 | $0.00 |
| | | | **Subtotal** | **$892.15** |
| | | | **Total** | **$892.15** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7755 | 04/24/2025 | $2,413.35 | $0.00 | $2,413.35 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8148 | 08/28/2025 | $892.15 | $0.00 | $892.15 |

Invoice # 8148 - 07/29/2025

| | |
|---|---|
| **Outstanding Balance** | **$3,305.50** |
| **Total Amount Outstanding** | **$3,305.50** |

7/29/25, 9:50 AM                                                  Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?   [4]   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?   [1]   parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.   [2]
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.   [1]

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 2 |
| Date and Time: | Tue Jul 29 2025 09:50:06 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 4 |
| Sheets Per Envelope | 2 |
| First Class Postage Rate | $ 0.78 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                           0.76 |
| Postage Cost: | $                                                           0.78 |
| Total Cost: | $                                           3.50 (Minimum Charge) |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED